IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE LUIS CARBAJAL,<br><br>Petitioner,<br><br>v.<br><br>PAUL J. WIMMER, Sheriff of Tooele Count, in his official capacity, et al.<br><br>Respondents. | **EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL**<br><br>Case No. 2:26-cv-00093<br><br>Judge Tena Campbell |

The petitioner in this action is a foreign national who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), alleging that he is being unlawfully confined in violation of the Constitution and laws of the United States. The court ORDERS as follows:

1. **ORDER**

To provide a fair opportunity for the judge to whom this case is randomly assigned to review the merits of the petition and rule on any contested issues of jurisdiction, the respondents shall not: a) transfer the petitioner out of the District of Utah, if the petitioner is within the District of Utah at the time this Order issues;[1] or b) remove the petitioner from the jurisdiction of the United States, if the petitioner is outside of the District of Utah but within the jurisdiction of

---

[1] The court is aware that Defendant U.S. Immigration and Customs Enforcement (ICE) may only be able to hold a detainee within the District of Utah for 72 hours. Nevertheless, this order requires ICE to first seek the permission of this court before transferring the petitioner out of the District of Utah.

the United States at the time this Order issues. This Order shall remain in effect for 48 hours from the time it is docketed, unless the judge assigned to preside over this case orders otherwise.

2. **SERVICE OF ORDER**

The Clerk of Court is directed to serve a copy of the petition and this Order, via email, on the United States Attorney for the District of Utah, as well as the head of the civil division (Tyler Murray) and the civil duty attorney (Michael Kennedy) for the United States Attorney's Office in this District.

DATED this 5th day of February, 2026.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge

United States District Court
for the
District of Utah
February 5, 2026

\*\*\*\*\*\*MAILING CERTIFICATE OF THE CLERK\*\*\*\*\*\*

RE:   Carbajal v. Wimmer et al
2:26cv00093 TC

Michael P. Kennedy
US ATTORNEY'S OFFICE
via email

Tyler L. Murray
US ATTORNEY'S OFFICE
via email

Melissa Holyoak
US ATTORNEY'S OFFICE
via email

_____

Aimee Trujillo